

The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | | Date of Offense |
|---|---|---|---|---|
| WGT | 9163457 | 745 | | 12/08/2019 |"""
| **THE CHARGE ON THE VIOLATION NOTICE** ||||||
| Offense Charged | Offense Description ||||
| 36CFR2.2(b) | TAKE WRONG SEX OF ANIMAL TO WIT A BULL ELK ||||
| Defendant Name |||||
| LANDALE, DOUGLAS S |||||
| Initial Court Appearance |||||
| MANDATORY - You must appear in court |||||
| Court Address |||| Date/Time |
| US MAGISTRATE JUDGE<br>U.S. COURTHOUSE<br>145 E. SIMPSON<br>JACKSON, WY 83001 |||| 04/28/2020<br>09:00 AM |